EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Enmienda a ER-2025-02; Requisito de créditos de educación jurídica continua sobre las Reglas de Conducta Profesional de Puerto Rico | 2025 TSPR 108<br><br>216 DPR ___ |

Número del Caso:  ER-2025-02A

Fecha:  27 de octubre de 2025

Materia:  Enmienda a ER-2025-02; Requisito de créditos de educación jurídica continua sobre las Reglas de Conducta Profesional de Puerto Rico.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a ER-2025-02;
Requisito de créditos de
educación jurídica continua
sobre las Reglas de Conducta
Profesional de Puerto Rico

ER-2025-02A

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de octubre de 2025.

Con el propósito de asegurar una transición uniforme hacia el nuevo modelo ético disciplinario aprobado mediante la Resolución ER-2025-02, este Tribunal dispone que el requisito de completar seis (6) horas crédito en cursos sobre las Reglas de Conducta Profesional de Puerto Rico será exigible, a partir del 1 de enero de 2027, como condición para evaluar toda solicitud de reinstalación o readmisión al ejercicio de la abogacía y la notaría.

Antes del 1 de enero de 2027, las solicitudes de reinstalación o readmisión no estarán sujetas a la acreditación previa de las seis (6) horas crédito para ser consideradas. Sin embargo, toda persona que sea reinstalada durante ese período deberá completar las horas crédito requeridas dentro del plazo general aplicable a la comunidad jurídica; a saber, en o antes del 31 de diciembre de 2026.

A partir del 1 de enero de 2027, este Tribunal no considerará ninguna solicitud de reinstalación o readmisión en la que no se acredite, entre los requisitos aplicables en el proceso, el cumplimiento con las seis (6) horas crédito en cursos sobre las Reglas de Conducta Profesional de Puerto Rico.

Esta resolución tendrá vigencia inmediata y aplicará a toda solicitud de readmisión o reinstalación pendiente de consideración por el Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.


                              Bettina Zeno González
                    Secretaria del Tribunal Supremo Interina